BEFORE THE THIRD DIVISION, NOVEMBER 7, 1962

**No. 67168.**—W. R. Zanes and Company *v.* United States, protests 61/2213, etc. (Galveston).

290

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of molded figures of alabasterite, which are not works of art and are not decorated in any manner, the claim of the plaintiff was sustained. *International Lapidaries Co.* v. *United States* (36 Cust. Ct. 230, C.D. 1780) and *Otagiri Mercantile Co., Inc., et al.* v. *United States* (44 Cust. Ct. 184, C.D. 2173) followed.